UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

WANESHA WRIGHT, individually,
MELINDA SMITH, her wife,

    Plaintiffs,

v.

CASE NO.: 21-cv-10028

KEY WEST JETSKI, INC, a Florida
corporation, SUNSET WATERSPORTS, INC.,
a Florida corporation, and CONNOR
KWASNIEWSKI, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1333, 1441(a) and 1446, Defendants, KEY WEST JETSKI, INC., a Florida Corporation, and CONNOR KWANIEWSKI, a Florida resident, by and through their undersigned counsel, file this Notice of Removal of this case from the Sixteenth Judicial Circuit, in and for Monroe County, Florida to the United States District Court for the Southern District of Florida, Key West Division. In support of this Notice of Removal, Defendants state as follows:

### CASE BACKGROUND AND FOUNDATION FOR REMOVAL

1. On or about January 20, 2021, Plaintiffs, WANESHA WRIGHT and MELINDA SMITH, residents of Georgia against the Defendants, KEY WEST JETSKI, INC, a Florida corporation, SUNSET WATERSPORTS, INC., a Florida corporation, and CONNOR KWASNIEWSKI, a resident of Florida.

2. Plaintiffs' Complaint ("Complaint") seeks a judgment against Defendants for damages allegedly arising from an injury sustained during the course of a jet ski rental and tour of the navigable waters in or around Key West, Florida on June 28, 2020.

3. Plaintiffs delivered a Summons to the Defendant, CONNOR KWANIEWSKI, on February 3, 2021. True and correct copies of all pleadings filed in the action are attached as Exhibit "A" and incorporated by reference.

4. Defendants first obtained receipt of this lawsuit on February 3, 2021. As such, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

5. This Court could have had original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1333. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this Court because the State Court Action is pending in Monroe County, Florida. *See* 28 U.S.C. § 1441(a).

## COMPLETE DIVERSITY OF CITIZENSHIP

5. There is complete diversity of citizenship between the parties. 28 U.S.C. §1332(a)(2).

   a. **Plaintiffs.** Plaintiff are alleged to be residents of Georgia.

   b. **Defendants.** Defendant, KEY WEST JETSKI, INC., is a Florida corporation with its principal place of business in Key West, Florida. Defendant, SUNSET WATERSPORTS, INC., is a Florida corporation with its principal place of business in Key West, Florida. CONNOR KWASNIEWSKI is a resident of Florida.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

6. Plaintiffs quantify the amount of damages they seeks to recover in this case as in excess of $100,000.00, as indicated on their Civil Cover Sheet that was served with his Summons and Complaint. *See* Exhibit A.

7. Given the complete diversity of the parties and an amount in controversy in excess of $75,000, this Court has jurisdiction over the causes of action and claims asserted in the State Court Action pursuant to 28 U.S.C. § 1332, and this action properly is removable pursuant to 28 U.S.C. § 1441(b).

## ADMIRALTY AND MARITIME JURISDICTION

8. This Court additionally has original Admiralty and Maritime Jurisdiction over this claim under 28 U.S.C. § 1333 and it is governed by federal admiralty law.

9. Admiralty jurisdiction is evoked if the alleged tort occurs on a vessel in navigable waters, and the actions giving rise to the alleged tort have the potential to disrupt maritime commerce and bear a significant relationship to traditional maritime activity. *Sisson v. Ruby*, 497 U.S. 358, 364–66 (1990).

10. In the instant case, all of Plaintiffs' claims arise from the alleged injury of Plaintiff WANESHA WRIGHT that occurred while the Plaintiffs were operating a rental jet ski on navigable waters. *See* Plaintiffs' Complaint ¶ 19.

11. Accordingly, this action is also properly removable pursuant to 28 U.S.C. § 1441(a) based on this Court's original admiralty and maritime jurisdiction.

## CONCLUSION

12. Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. §1441 based on this Court's diversity jurisdiction over Plaintiffs' claim pursuant to 28 U.S.C. §1332(a)(2) and this Court's admiralty jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1333.

WHEREFORE, Defendants KEY WEST JETSKI, INC. and CONNOR KWASNIEWSKI request that the action now pending before the State of Florida's Sixteenth Judicial Circuit in Monroe County be removed to this Court.

Dated this 23rd day of February, 2021.

        Respectfully submitted,

        **Campbell Johnston Clark, LLP**
        2600 Douglas Road
        Suite 508
        Coral Gables, FL  33134
        Tel. : 786-204-3784
        Email: neil@cjclaw.com
        Email: chase@cjclaw.com
        Email: cindy@cjclaw.com

    By:    */s/ Neil Bayer*
        Neil Bayer, Esq.
        Fla. Bar No.: 615684

    By:    */s/ Chase Alexandra Jansson*
        Chase Alexandra Jansson, Esq.
        Fla. Bar No.: 1002265

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of February 2021, the foregoing document was served via electronic filing upon:

Justin B. Shapiro, Esquire
Email: shapiro@leesfield.com
Adam Rose, Esquire
Email: rose@leesfield.com
LEESFIELD SCOLARO, P.A.
2350 South Dixie Highway
Miami, Florida 33133
Telephone: 305-854-4900
Facsimile: 305-854-8266
***Attorneys for the Plaintiffs***

**Campbell Johnston Clark, LLP**
2600 Douglas Road
Suite 508
Coral Gables, FL  33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com

By:	_/s/ Neil Bayer_
	Neil Bayer, Esq.
	Fla. Bar No.: 615684

By:	_/s/ Chase Alexandra Jansson_

	Chase Alexandra Jansson, Esq.
	Fla. Bar No.: 1002265